UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY FREDDY MEJIAS CARBALLO,

Petitioner,

v. Case No. 3:26-cv-2284-MMH-PDB

SECRETARY MARKWAYNE MULLIN, et al.,

Respondents.
_______________________________________/

# ORDER

On October 7, 2026, the Court granted Petitioner Larry Freddy Mejias Carballo's Petition for Writ of Habeas Corpus and Complaint for Administrative Procedure Act, Declaratory, and Injunctive Relief (Doc. 1) as to his claim that his detention without an individualized bond hearing violates the Immigration and Nationality Act. See Order (Doc. 6). In doing so, the Court directed Respondents to either afford Mejias Carballo an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release him within seven days of the Order. See id. at 3.

On October 16, 2026, nine days after the Court's Order, Mejias Carballo filed a Motion to Enforce (Doc. 8; Motion), advising that he "remains detained and has not received the ordered bond hearing." Motion at 1. Instead, the

immigration court scheduled a bond hearing for October 21, 2026, which is seven days beyond the Court-ordered deadline. See id.; see also Doc. 8-2. Thus, Mejias Carballo asks this Court to enforce its Order and direct his immediate release. Motion at 5.

On October 21, 2026, Federal Respondents filed a Response (Doc. 10; Response) explaining that Mejias Carballo "initially had a bond hearing set for October 14, 2026," but "[f]or reasons unknown at this time, the hearing was rescheduled by the immigration court for October 21, 2026, by way of a notice issued on October 13, 2026." Response at 1. According to Federal Respondents:

> The immigration court that rescheduled the hearing for a non-compliant date is not a party to this action and Federal Respondent's [sic] did their part to arrange for a bond hearing within the required time. Had Federal Respondent's [sic] been made aware of the rescheduling prior to the expiration of the 7-day window they would have attempted to correct the error. Federal Respondents ask the Court to excuse the error, in this instance, and allow the bond hearing scheduled for today to proceed.

Id. at 1-2.

In light of the admitted failure to comply with the Court's Order and no sufficient explanation for such failure, the Court will grant the Motion and direct Petitioner's immediate release. Accordingly, it is

**ORDERED**:

1. Mejias Carballo's Motion to Enforce (Doc. 8) is **GRANTED**. **As expeditiously as possible but NO LATER THAN 9:00 AM Eastern Standard Time on October 22, 2026**, Respondents shall release Petitioner and file a notice confirming his release. Respondents shall facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.
2. The file shall remain closed.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of October, 2026.

MARCIA MORALES HOWARD
United States District Judge

c:
Counsel of Record